**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER AND NOTICE OF INTENT TO DISMISS

Appellate case name:        Kathy Shaw v. Juanita Cesar Worrell

Appellate case number:      01-15-00165-CV

Trial court case number:    1056379

Trial court:                County Civil Court at Law No. 1 of Harris County

On February 19, 2015, appellant, Kathy Shaw, proceeding *pro se*, filed a notice of appeal in the trial court from the final judgment, signed on January 12, 2015, in this forcible detainer action. On March 16, 2015, the trial clerk filed a notice in this Court, noting that appellant had not paid the $23.00 clerk's record fee as of that date. On May 22, 2015, appellant filed an affidavit of indigence in the trial court. *See* TEX. R. APP. P. 20.1(a)(2)(A), (c)(1). On June 11, 2015, the indigent clerk's record was filed in this Court, including the trial court's June 9, 2015 order timely sustaining the trial clerk's contest to appellant's affidavit of indigence. *See id.* 20.1(e)(1), (i)(4).

A party claiming indigence for appellate costs may seek review of a trial court's order sustaining a contest to his or her affidavit of indigence by filing a motion challenging the order, within 10 days of that order, in the appellate court. *See* TEX. R. APP. P. 20.1(j)(1), (2). Here, because appellant failed to timely file such a motion in this Court, she is not indigent for purposes of appellate costs. *See id.* 20.1(j)(2).

Although appellant paid the filing fee on March 16, 2015, the clerk's record has not yet been filed and there is no evidence of payment. Because appellant has not established indigence, it is **ORDERED** that she provide evidence with the Clerk of this Court of payment or arrangements to pay for the $23.00 clerk's record fee **within 10 days** of the date of this order, **or this appeal may be dismissed without further notice**. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                    ☒ Acting individually    ☐ Acting for the Court
Date: October 8, 2015